**EXHIBIT 1:** PHOTOGRAPH #1

Docket No.: 1:22-cv-00061

