**EXHIBIT 2:** INFRINGEMENT #1

Docket No.: 1:22-cv-00061

URL: https://www.infowars.com/it-begins-man-spared-charge-for-stabbing-unborn-baby-due-to-new-york-abortion-law/



