IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Dennis Clark** § § | |
| **Plaintiff,** § § | |
| v. § § | **CIVIL ACTION No. 1:22-cv-00061-LY** |
| **Free Speech Systems, LLC d/b/a Infowars,** § § § | |
| **Defendant.** § § | |

### DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

Defendant Free Speech Systems, LLC d/b/a Infowars ("Defendant") files this Motion to Substitute Counsel, and would show the Court the following:

Marc J. Randazza of RANDAZZA LEGAL GROUP, PLLC is presently the attorney of record for Defendant in the above-captioned cause.

Defendant moves the Court to approve the substitution as attorney in charge for Defendant the following:

> H. Dale Langley, Jr.
> Texas Bar No. 11918100
> The Law Firm of H. Dale Langley, Jr., P.C.
> 1803 West Avenue
> Austin, Texas 78701
> Phone: (512) 477-3830
> Facsimile: (512) 597-4775
> dlangley@iptechlaw.com

in place of Marc J. Randazza in this cause. H. Dale Langley, Jr. enters an appearance in this case for all purposes.

Defendant agrees to the withdrawal of Marc J. Randazza. This substitution of counsel will not delay these proceedings.

For these reasons, Defendant Free Speech Systems, LLC d/b/a Infowars ask the Court to grant Defendant's motion and approve withdrawal of Marc J. Randazza and substitute H. Dale Langley, Jr. of The Law Office of H. Dale Langley, Jr., P.C. as attorney in charge for Defendant.

Respectfully submitted,

*/s/ Marc J. Randazza*
Marc J. Randazza (admitted W.D. Tex.)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*/s/H. Dale Langley, Jr.*
H. Dale Langley, Jr.
The Law Firm of H. Dale Langley, Jr., PC
Texas Bar No.11918100
1803 West Avenue
Austin, TX 78701
Telephone:  (512) 477-3830
Fax:  (512) 597-4775
dlangley@iptechlaw.com

**ATTORNEYS FOR DEFENDANT
FREE SPEECH SYSTEMS, LLC D/B/A
INFOWARS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CMF/ECF system, which sent notification of such filing to all counsel of record in this matter.

*/s/H. Dale Langley, Jr.*
H. Dale Langley, Jr.