**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| Dennis Clark, | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | § Case No: 1:22-cv-00061-JRN |
| Free Speech Systems, LLC d/b/a Infowars | § |
| | § |
| Defendant. | § |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff Dennis Clark ("Plaintiff") and Defendant Free Speech Systems, LLC d/b/a Infowars ("Defendant"), via undersigned counsel, respectfully submits the following joint report on alternative dispute resolution pursuant to Local Rule CV-88.

1. The Parties agree to be referred to mediation, to be scheduled at a time convenient to the parties, with a mediator agreed upon by the parties. Mediation is to be completed on or before October 1, 2022.

2. Each party or a representative with settlement authority for that party shall appear and participate in the mediation.

3. All materials prepared for, and all statements made during, the mediation are confidential, unless the materials or statements are admissible or discoverable independently.

4. The mediation shall be confidential, privileged from discovery, and otherwise conducted in accordance with 28 U.S.C. § 652(d) and the Local Rule CV-88.

5. The parties shall file a Final ADR Report in accordance with Local Rule CV-88(g) within thirty (30) days of the conclusion of the mediation informing the Court that mediation is complete and whether the parties intend to continue this litigation.

Dated: July 1, 2022

Respectfully submitted:

/s/*James H. Freeman/*
James H. Freeman
Sanders Law Group
100 Garden City Plaza, Ste. 500
Garden City, New York 11530
jfreeman@sanderslaw.group
(516) 233-1660

*Counsel for Plaintiff*

/s/*H. Dale Langley, Jr.*
H. Dale Langley, Jr.
Law Firm of H. Dale Langley, Jr., PC
Texas Bar No.11918100
1803 West Avenue
Austin, TX  78703
dlangley@iptechlaw.com
Telephone:  (512) 477-3830
Fax:  (512) 597-4775

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on July 1, 2022 on all counsel of a record.

/*James H. Freeman*/
James H. Freeman