**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Dennis Clark,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION No.  1:22-cv-00061-LY** |
| **Free Speech Systems, LLC d/b/a** | § | |
| **Infowars,** | § | |
| | § | |
| **Defendant.** | § | |

## SUGGESTION OF BANKRUPTCY FOR FREE SPEECH SYSTEMS, LLC D/B/A INFOWARS AND NOTICE OF AUTOMATIC STAY

PLEASE TAKE NOTICE that on July 29, 2022, Free Speech Systems, LLC d/b/a Infowars ("Defendant") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (Case No. 22-60043).

PLEASE TAKE FURTHER NOTICE that as a result of Defendant's chapter 11 filing in the Bankruptcy Court, the automatic stay under Bankruptcy Code section 362(a) applies.[1] No order has been entered by the Bankruptcy Court granting relief from the automatic stay.

PLEASE TAKE FURTHER NOTICE that you may obtain copies of pleadings by visiting https://ecf.txsb.uscourts.gov/ (login and password required) in accordance with the procedures and fees set forth therein.

---

[1] Nothing herein shall constitute a waiver of Defendant's rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.  Defendant expressly reserves all rights to contest any claims that may be asserted against Defendant.

Respectfully submitted,

*/H. Dale Langley, Jr./*
H. Dale Langley, Jr.
The Law Firm of H. Dale Langley, Jr., PC
Texas Bar No.11918100
1803 West Avenue
Austin, TX 78701
Telephone:  (512) 477-3830
Fax:  (512) 597-4775
dlangley@iptechlaw.com

**ATTORNEYS FOR DEFENDANT
FREE SPEECH SYSTEMS, LLC D/B/A
INFOWARS**


## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CMF/ECF system, which sent notification of such filing to all counsel of record in this matter.

**ATTORNEYS FOR PLAINTIFF**

SANDERSLAWGROUP
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite500
Garden City, NY11530

*/s/H. Dale Langley, Jr./*
H. Dale Langley, Jr.